

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2020

No. 04-18-00834-CV

**IN THE INTEREST OF T.R.H.,** a Child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20578
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Appellant's motion for extension of time to file a motion for rehearing is granted. We order the motion for rehearing due February 3, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court